**No. 60322.**—Van Wagenen Sager, Inc. *v.* United States, protests 279463–K, 279464–K, and 292473–K (Rochester).

Opinion by FORD, J.  The protests were dismissed.

**No. 60323.**—The Specialty House, Inc. *v.* United States, protest 291212–K (Seattle).

Opinion by FORD, J.  An examination of the record showing that the protest was filed more than 60 days after liquidation, the protest was dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 1, 1956

**No. 60324.**—Morganite, Inc. *v.* United States, protests 191249–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.

**No. 60325.**—Air Clearance Association, Inc., et al. *v.* United States, protests 200387–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of synthetic rutile similar in all material respects to that the subject of *International Lapidaries Co.* v. *United States* (35 Cust Ct. 230, C. D. 1780), the claim of the plaintiffs was sustained.